# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                    Plaintiff,<br>v.<br><br>CHEMPOINT.COM,<br><br>                    Defendant. | Adv. Proc. No. 25-50113 (KBO)<br><br>Re: Adv. D.I. 1 |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for ChemPoint.com (the "Defendant"), hereby stipulate as follows:

1.    Plaintiff filed its complaint against Defendant on February 10, 2025 [Adv. D.I. 1] (the "Complaint").

2.    This Court issued the summons to the Complaint on April 25, 2025 [Adv. D.I. 3].

3.    Defendant's deadline to respond to the Complaint is May 27, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

55582131.1 05/15/2025

-2-

4. The parties agree that Defendant shall have through and including June 24, 2025, to answer or otherwise plead to the Complaint.

Dated: May 15, 2025

| **Saul Ewing LLP** | **ChemPoint.com** |
|---|---|
| /s/ *Paige N. Topper* | */s/Julie Mallen* |
| Evan T. Miller (DE Bar No. 5364) | Julie Mallen, Senior Corporate Counsel |
| Paige N. Topper (DE Bar No. 6470) | 1100 112th Ave NE, Suite 600 |
| 1201 N. Market Street, Suite 2300 | Bellevue, WA 98004 |
| Wilmington, DE 19801 | Telephone: (425) 892.7536 |
| Telephone: (302) 421-6800 | Julie.Mallen@univarsolutions.com |
| evan.miller@saul.com | |
| paige.topper@saul.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |